# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 16, 2007

133289

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JESSICA PAIGE COOK-TEEPLES, Minor.

_____

DEPARTMENT OF HUMAN SERVICES, JAMES
COOK, and LUCY LAVON COOK,
      Petitioners-Appellees,

v

                                 SC: 133289
                                 COA: 272133
                                 Oakland CC

JAMES FREDERICK TEEPLES,
      Respondent-Appellant.
                                 Family Division: 05-712856-NA

_____/

      On order of the Court, the application for leave to appeal the February 8, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 16, 2007                                       _____

s0313                                           Clerk